FILED

JAN - 9 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

ESTATE OF SOLOMON ELI TORRES, et al.,

       Plaintiffs,

  v.

CAL A. TERHUNE et al.,

       Defendants.

NO. CIV. S-98-2211 WBS/GGH

ORDER

RE: Cal Terhune;
Motion to Seal

----ooOoo----

       Defendant Terhune moves this court to seal Exhibit C to his Amended Statement of Undisputed Material Facts, filed October 15, 2001, and to enter a protective order precluding the disclosure of the exhibit "to any person in any other proceeding." In support of his motion, Terhune states that the exhibit is an excerpt from the confidential portion of the California Department of Corrections' Operations Manual, the disclosure of which has been deemed a security risk by prison officials. Terhune contends that the CDC does not allow the public access to its confidential department operations section

1

536

"in view of the security risk of allowing the public access to internal shooting investigation processes." (Terhune's Reply to Pls.' Opp'n).

This court has previously ordered the exhibit to be filed under seal when it was submitted in conjunction with Terhune's motion for judgment on the pleadings. (Order of October 10, 2001).

"Courts must accord wide-ranging deference to prison administrators 'in the adoption and execution of policies and practices that in their judgment are needed to preserve internal order and discipline and to maintain institutional security.'" Toussaint v. McCarthy, 801 F.2d 1080, 1104 (9th Cir. 1986) (quoting Bell v. Wolfish, 441 U.S. 520, 547 (1979)).[1] The court finds that the prison officials' determination that this document should be held confidential is sufficient cause for ordering it sealed.

///
///
///
///
///
///
///

---

[1] But compare McClatchy Newspapers, Inc. v. Nathanson, Nos. 01-10335, 01-70941, 2001 WL 1524568, at *3 (9th Cir. Dec. 3, 2001) (directing district court to unseal documents pursuant to writ of mandamus sought by newspaper; Ninth Circuit reasoned that "injury to official reputation is an insufficient reason 'for repressing speech that would otherwise be free.'") (quoting Landmark Communications, Inc. v. Virginia, 435 U.S. 829, 841-42 (1978)).

IT IS THEREFORE ORDERED that Terhune's motion for a protective order be, and same hereby is, GRANTED.  Exhibit C attached to defendant's Amended Statement of Undisputed Material Facts shall be sealed by the Clerk of the Court and a protective order is hereby ENTERED prohibiting the disclosure of Exhibit C to any person in any other proceeding.

DATED: January 9, 2002

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

```
                        United States District Court
                                  for the
                        Eastern District of California
                              January 9, 2002


                       * * CERTIFICATE OF SERVICE * *

                                                  2:98-cv-02211


    Estate Torres

         v.

    Terhune


    _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  January 9, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


         Roger E Naghash                            SH/WBS
         Law Offices of Roger E Naghash
         One Newport Place
         1301 Dove Street
         Suite 1000
         Newport Beach, CA   92660-2478

         Michael J Williams
         Attorney General's Office of the State of California
         PO Box 944255
         1300 I Street
         Suite 125
         Sacramento, CA   94244-2550

         Gregory Scott Walston
         Attorney General's Office of the State of California
         455 Golden Gate Avenue
         Suite 11000
         San Francisco, CA   94102-3664

         Jesse Manuel Rivera
         Moreno and Rivera
         1451 River Park Drive
         Suite 205
         Sacramento, CA   95815
```

Van Longyear
Longyear O'Dea and Lavra
3620 American River Drive
Suite 230
Sacramento, CA  95864-5923

Bruce Alan Kilday
Angelo Kilday and Kilduff
601 University Avenue
Suite 150
Sacramento, CA  95825

John Andrews Mason
Adams and Mason
PO Box 19937
730 Alhambra Boulevard
Suite 202
Sacramento, CA  95816


Jack L. Wagner, Clerk

BY: _____
       Deputy Clerk