

FILED

JAN - 9 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ESTATE OF SOLOMON ELI TORRES,
et al.,

        Plaintiffs,

    v.

CAL A. TERHUNE et al.,

        Defendants.

NO. CIV. S-98-2211 WBS/GGH

ORDER

RE: Eddie Myers, David
Tristan, and Steve Cambra;
Motion to Seal

----oo0oo----

        Defendants Myers, Tristan, and Cambra move this court
to seal Exhibits A and B to their motion for summary judgment,
filed October 19, 2001, and to enter a protective order
precluding the disclosure of these exhibits "to any person in any
other proceeding."  In support of their motion, defendants state
that Exhibit A contains a restricted administrative bulletin
describing the use of force policy of the CDC, which was later
incorporated in a restricted portion of the CDC Operations
Manual.  Exhibit B contains the curriculum for CDC staff training
regarding the use of force and circumstances under which lethal
force can be used.  Defendants contend that this material is

1

540

1 confidential and has not been previously published and that
2 "disclosure of this information to the public would create
3 security risks for staff, the public and inmates as it would more
4 particularly describe the circumstances under which lethal force
5 would specifically be used."  (Defs.' Mot. at 2).

6 "Courts must accord wide-ranging deference to prison
7 administrators 'in the adoption and execution of policies and
8 practices that in their judgment are needed to preserve internal
9 order and discipline and to maintain institutional security.'"
10 Toussaint v. McCarthy, 801 F.2d 1080, 1104 (9th Cir. 1986)
11 (quoting Bell v. Wolfish, 441 U.S. 520, 547 (1979)).[1]  The court
12 finds that the prison officials' determination that this document
13 should be held confidential is sufficient cause for ordering it
14 sealed.

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///

24

25 [1]   But compare McClatchy Newspapers, Inc. v. Nathanson,
Nos. 01-10335, 01-70941, 2001 WL 1524568, at *3 (9th Cir. Dec. 3,
26 2001) (directing district court to unseal documents pursuant to
writ of mandamus sought by newspaper; Ninth Circuit reasoned that
27 "injury to official reputation is an insufficient reason 'for
repressing speech that would otherwise be free.'") (quoting
28 Landmark Communications, Inc. v. Virginia, 435 U.S. 829, 841-42
(1978)).

IT IS THEREFORE ORDERED that defendants' motion for a protective order be, and same hereby is, GRANTED.  Exhibits A and B attached to defendants' motion for summary judgment shall be sealed by the Clerk of the Court and a protective order is hereby ENTERED prohibiting the disclosure of Exhibit A and B to any person in any other proceeding.

DATED:   January 9, 2002

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

United States District Court
for the
Eastern District of California
January 9, 2002


* * CERTIFICATE OF SERVICE * *


2:98-cv-02211


Estate Torres

        v.

Terhune

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  January 9, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Roger E Naghash                      SH/WBS
        Law Offices of Roger E Naghash
        One Newport Place
        1301 Dove Street
        Suite 1000
        Newport Beach, CA  92660-2478

        Michael J Williams
        Attorney General's Office of the State of California
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA  94244-2550

        Gregory Scott Walston
        Attorney General's Office of the State of California
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA  94102-3664

        Jesse Manuel Rivera
        Moreno and Rivera
        1451 River Park Drive
        Suite 205
        Sacramento, CA  95815

Van Longyear
Longyear O'Dea and Lavra
3620 American River Drive
Suite 230
Sacramento, CA  95864-5923

Bruce Alan Kilday
Angelo Kilday and Kilduff
601 University Avenue
Suite 150
Sacramento, CA  95825

John Andrews Mason
Adams and Mason
PO Box 19937
730 Alhambra Boulevard
Suite 202
Sacramento, CA  95816

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk