**FILED**

JAN - 9 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ESTATE OF SOLOMON ELI TORRES,
et al.,

                        NO. CIV. S-98-2211 WBS/GGH

            Plaintiffs,

    v.                          ORDER

                        RE: Eddie Myers, David
                        Tristan, and Steve Cambra;
                        Plaintiffs' Motion to Strike
                        and Evidentiary Objections

CAL A. TERHUNE et al.,

            Defendants.

----oo0oo----

        Plaintiffs Estate of Solomon Torres, et. al. move to
strike Exhibits A and B attached to defendants Myers, Tristan,
and Cambra's motion for summary judgment.  Plaintiffs also move
to strike defendants' reply to plaintiffs' opposition and Exhibit
G which is attached to the reply brief.

I.   Exhibits A and B

        Exhibit A is a restricted administrative bulletin
describing the CDC use of force policy and Exhibit B contains the
curriculum for CDC staff training regarding the use of force.

1

542

1 Plaintiffs contend that these documents were not produced by
2 defendants during the course of discovery and that they have not
3 had the opportunity to examine their validity and depose
4 witnesses in connection with the documents.

5 Defendants state that after a good-faith search, they
6 are unable to determine that these exhibits were not produced,
7 given that voluminous records were handed over to plaintiffs in
8 the course of discovery.  Furthermore, defendants point out that
9 plaintiffs' counsel asked defendant Tristan extensive questions
10 about these documents in his deposition and that plaintiffs'
11 experts used the wording of these documents in their
12 declarations.

13 The court concludes that plaintiffs have not shown that
14 they have been prejudiced by the inclusion of Exhibits A and B in
15 support of defendants' summary judgment motion.  Furthermore, all
16 evidentiary objections to these exhibits are overruled.

17 II.  Defendants' Reply

18 Plaintiffs object to defendants' brief in reply to
19 their opposition on the basis that the reply sets forth new
20 arguments.  Plaintiffs do not identify what new arguments are set
21 forth in the reply brief, and the court does not ascertain new
22 arguments that could be construed as a "separate motion for
23 summary judgment."  The court concludes that plaintiffs have not
24 shown that they have been prejudiced by defendants' reply.

25 III.  Exhibit G

26 Exhibit G is a portion of defendant Runyon's deposition
27 that is attached to defendants' reply.  Plaintiffs object on the
28 ground that it should be considered "part of a separate motion

2

1 | for summary judgment that is untimely" and that plaintiffs have
2 | not had an opportunity to prepare oppositions to this exhibit.
3 | Plaintiffs' counsel cross-examined Runyon during the deposition
4 | and has attached portions of the deposition as exhibits to
5 | plaintiffs' opposition papers.  Plaintiffs have therefore had
6 | adequate time to oppose Runyon's deposition testimony.

7 |         Thus, the court concludes that plaintiffs have not been
8 | prejudiced by the inclusion of Exhibit G in support of
9 | defendants' reply.

10 |         IT IS THEREFORE ORDERED that plaintiffs' motion to
11 | strike Exhibits A, B, and G be, and the same hereby is, DENIED.

12 |         IT IS FURTHER ORDERED that plaintiffs' remaining
13 | objections to the exhibits and defendants' reply brief are
14 | overruled.

15 | DATED: January 9, 2002

16 |                              WILLIAM B. SHUBB
17 |                              UNITED STATES DISTRICT JUDGE

3

United States District Court
for the
Eastern District of California
January 9, 2002


* * CERTIFICATE OF SERVICE * *


2:98-cv-02211


Estate Torres

    v.

Terhune

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  January 9, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


       Roger E Naghash                      SH/WBS
       Law Offices of Roger E Naghash
       One Newport Place
       1301 Dove Street
       Suite 1000
       Newport Beach, CA   92660-2478

       Michael J Williams
       Attorney General's Office of the State of California
       PO Box 944255
       1300 I Street
       Suite 125
       Sacramento, CA   94244-2550

       Gregory Scott Walston
       Attorney General's Office of the State of California
       455 Golden Gate Avenue
       Suite 11000
       San Francisco, CA   94102-3664

       Jesse Manuel Rivera
       Moreno and Rivera
       1451 River Park Drive
       Suite 205
       Sacramento, CA   95815

Van Longyear
Longyear O'Dea and Lavra
3620 American River Drive
Suite 230
Sacramento, CA  95864-5923

Bruce Alan Kilday
Angelo Kilday and Kilduff
601 University Avenue
Suite 150
Sacramento, CA  95825

John Andrews Mason
Adams and Mason
PO Box 19937
730 Alhambra Boulevard
Suite 202
Sacramento, CA  95816

                              Jack L. Wagner, Clerk

                         BY:  _____
                              Deputy Clerk